COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, SBN 130584
Email: laura.inlow@cdiglaw.com
Lenore C. Kelly, SBN 170891
Email: lenore.kelly@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA 90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

Attorneys for Defendants, COUNTY OF LOS ANGELES; YEN LIU; NATHAN BOTTEN; FRANCISCO ARREDONDO; REZEKIEL P. DULANEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ABRAHAM GAMBOA; ALVARO GAMBOA JR.; AMBER GAMBOA; SANDRA GAMBOA; and SCOTT GAMBOA, individually and as successors in interest to ALVARO GAMBOA SR., deceased;<br>　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; YEN LIU; NATHAN BOTTEN; FRANCISCO ARREDONDO; REZEKIEL P. DULANEY; AND DOES 1-10, inclusive;<br><br>　　　　　　Defendants. | CASE NO.: 2:23-CV-02654-SVW-RAO<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT OF ENTIRE CASE**<br><br>Action Filed:  April 7, 2023<br>Trial Date: February 13, 2024 |

TO THE HONORABLE COURT:

The parties, Plaintiffs, ABRAHAM GAMBOA, ALVARO GAMBOA JR., AMBER GAMBOA, SANDRA GAMBOA, and SCOTT GAMBOA and Defendants, COUNTY OF LOS ANGELES, YEN LIU, and NATHAN BOTTEN, by and through their counsel of record, hereby notify the Court that a conditional settlement of the entire matter was reached on October 11, 2023, following a mediation and ongoing discussions with Phyllis Cheng from the Court's mediation

panel. The conditional settlement is subject to final approval by the Contract Cities Claims Board and the County of Los Angeles Board of Supervisors. Accordingly, the parties request that the Court vacate all pending trial and trial related deadlines. The parties anticipate that all these settlement processes could take several months to be finalized. The parties suggest that they file a Joint Report re the Status of Settlement on April 11, 2024 and will file a stipulated dismissal if the matter concludes prior to that date.

DATED: October 13, 2023           COLLINSON, DAEHNKE, INLOW & GRECO

By:     *Laura E. Inlow*
Laura E. Inlow Esq.
Lenore Kelly, Esq.
Attorneys for Defendants, COUNTY OF LOS ANGELES, YEN LIU, and NATHAN BOTTEN

DATED: October 13, 2023           LAW OFFICES OF DALE K. GALIPO

By:     *Shannon J. Leap*
Dale K. Galipo Esq.
Shannon J. Leap, Esq.
Attorney for Plaintiffs ABRAHAM GAMBOA, ALVARO GAMBOA JR., AMBER GAMBOA, SANDRA GAMBOA, and SCOTT GAMBOA

**PROOF OF SERVICE**
Abraham Gamboa et al v. County of Los Angeles et al.
*Case No.:* 2:23-CV-02654-SVW-RAO

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 21515 Hawthorne Blvd., Suite 800, Torrance, California 90503.

On October 13, 2023, I served the following document described as: **JOINT NOTICE OF CONDITIONAL SETTLEMENT OF ENTIRE CASE** all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

**Attorney for Plaintiff's**
Dale K. Galipo Esq.
Shannon J. Leap Esq.
LAW OFFICES OF DALE K. GALIP
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118
Email: dalekgalipo@yahoo.com
Email: sleap@galipolaw.com

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

[X]   (BY EMAIL)

[X]   By transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth above or on the attached mailing list, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary

Executed on October 13, 2023 at Torrance, California.

　　　__/s/ Janelle Gutierrez___
　　　　　Janelle Gutierrez

---

JOINT NOTICE OF CONDITIONAL SETTLEMENT OF ENTIRE CASE