COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, SBN 130584
Email: laura.inlow@cdiglaw.com
Lenore C. Kelly, SBN 170891
Email: lenore.kelly@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA 90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

Attorneys for Defendants, COUNTY OF LOS ANGELES; YEN LIU and NATHAN BOTTEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ABRAHAM GAMBOA; ALVARO GAMBOA JR.; AMBER GAMBOA; SANDRA GAMBOA; and SCOTT GAMBOA, individually and as successors in interest to ALVARO GAMBOA SR., deceased;<br>  Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; YEN LIU; NATHAN BOTTEN; AND DOES 1-10, inclusive;<br>  Defendants. | CASE NO.: 2:23-CV-02654-SVW-RAO<br><br>**JOINT REPORT RE STATUS OF CONDITIONAL SETTLEMENT OF ENTIRE CASE**<br><br>Action Filed: April 7, 2023<br>Trial Date: vacated |

TO THE HONORABLE COURT:

Pursuant to this Court's Order (Dkt. 44), the parties, Plaintiffs, ABRAHAM GAMBOA, ALVARO GAMBOA JR., AMBER GAMBOA, SANDRA GAMBOA, and SCOTT GAMBOA and Defendants, COUNTY OF LOS ANGELES, YEN LIU, and NATHAN BOTTEN, by and through their counsel of record, provide this joint report as to the status of the conditional settlement of the

entire matter which was reached on October 11, 2023. The proposed settlement, however, is contingent upon approval by the Contract Cities Claims Board and the County of Los Angeles Board of Supervisors. The matter has not yet been presented to the Claims Board and the parties anticipate that these settlement processes could take several additional months to be finalized. The parties suggest that they file another Joint Report re the Status of Settlement on August 9, 2024, and will file a stipulated dismissal if the matter concludes prior to that date.

DATED: April 10, 2024     COLLINSON, DAEHNKE, INLOW & GRECO

By: *Laura E. Inlow*
Laura E. Inlow Esq.
Lenore Kelly, Esq.
Attorneys for Defendants, COUNTY OF LOS ANGELES, YEN LIU, and NATHAN BOTTEN

DATED: April 10, 2024     LAW OFFICES OF DALE K. GALIPO

By: *Shannon J. Leap*
Dale K. Galipo Esq.
Shannon J. Leap, Esq.
Attorney for Plaintiffs ABRAHAM GAMBOA, ALVARO GAMBOA JR., AMBER GAMBOA, SANDRA GAMBOA, and SCOTT GAMBOA