COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, SBN 130584
Email: laura.inlow@cdiglaw.com
Lenore C. Kelly, SBN 170891
Email: lenore.kelly@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA 90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

Attorneys for Defendants, COUNTY OF LOS ANGELES; YEN LIU and NATHAN BOTTEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ABRAHAM GAMBOA; ALVARO GAMBOA JR.; AMBER GAMBOA; SANDRA GAMBOA; and SCOTT GAMBOA, individually and as successors in interest to ALVARO GAMBOA SR., deceased;<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; YEN LIU; NATHAN BOTTEN; AND DOES 1-10, inclusive;<br><br>　　　　　　　Defendants. | CASE NO.: 2:23-CV-02654-SVW-RAO<br><br>**JOINT REPORT RE STATUS OF CONDITIONAL SETTLEMENT OF ENTIRE CASE**<br><br>Action Filed:  April 7, 2023<br>Trial Date: vacated |

TO THE HONORABLE COURT:

　　　Pursuant to this Court's Order (Dkt. 46), the parties, Plaintiffs, ABRAHAM GAMBOA, ALVARO GAMBOA JR., AMBER GAMBOA, SANDRA GAMBOA, and SCOTT GAMBOA and Defendants, COUNTY OF LOS ANGELES, YEN LIU, and NATHAN BOTTEN, by and through their counsel of record, provide this joint report as to the status of the conditional settlement of the

entire matter which was reached on October 11, 2023. While the settlement process has begun, the proposed settlement has not yet been approved by either the Contract Cities Claims Board and the County of Los Angeles Board of Supervisors. The parties suggest that they file another Joint Report re the Status of Settlement on November 8, 2024, and will file a stipulated dismissal if the matter concludes prior to that date. In addition, Plaintiffs request an order that the settlement must be presented to and approved by the Contract Cities Claims Board and the County of Los Angeles Board of Supervisors by December 16, 2024. Defendants do not oppose such an order.

DATED: August 9, 2024        COLLINSON, DAEHNKE, INLOW & GRECO

By:   *Laura E. Inlow*
      Laura E. Inlow Esq.
      Lenore C. Kelly, Esq.
      Attorneys for Defendants, COUNTY OF LOS ANGELES, YEN LIU, and NATHAN BOTTEN

DATED: August 9, 2024        LAW OFFICES OF DALE K. GALIPO

By:   *Shannon J. Leap*
      Dale K. Galipo Esq.
      Shannon J. Leap, Esq.
      Attorney for Plaintiffs ABRAHAM GAMBOA, ALVARO GAMBOA JR., AMBER GAMBOA, SANDRA GAMBOA, and SCOTT GAMBOA