# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM GAMBOA; ALVARO GAMBOA JR.; AMBER GAMBOA; SANDRA GAMBOA; and SCOTT GAMBOA, individually and as successors in interest to ALVARO GAMBOA SR., deceased;<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; YEN LIU; NATHAN BOTTEN; FRANCISCO ARREDONDO; REZEKIEL P. DULANEY; and DOES 1-10, inclusive;<br><br>Defendants. | Case No.: 2:23-cv-02654-SVW-RAO<br><br>[*Honorable Stephen V. Wilson*]<br>*Magistrate Judge Rozella A. Oliver*<br><br>**[PROPOSED] ORDER RE: JOINT REPORT RE STATUS OF CONDITIONAL SETTLEMENT OF ENTIRE CASE**<br><br>Action Filed: April 7, 2023<br>Trial Date: vacated |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court, having considered the Joint Status Report and Plaintiffs' Unopposed Request for an Order that Settlement be presented to and approved by the Contract Cities Claims Board and the County of Los Angeles Board of

Supervisors by December 16, 2024 and GOOD CAUSE appearing therefrom, hereby ORDERS the following:

1. The Parties shall file a Joint Report regarding the Status of Settlement on November 8, 2024;
2. If the matter concludes prior to November 8, 2024, the Parties shall file a stipulated dismissal;
3. The settlement must be presented to and approved by the Contract Cities Claims Board and the County of Los Angeles Board of Supervisors by December 16, 2024.

IT IS SO ORDERED.

Dated: _____    _____
HONORABLE STEPHEN V. WILSON
United States District Judge