COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, SBN 130584
Email: laura.inlow@cdiglaw.com
Lenore C. Kelly, SBN 170891
Email: lenore.kelly@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA 90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

Attorneys for Defendants, COUNTY OF LOS ANGELES; YEN LIU and NATHAN BOTTEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ABRAHAM GAMBOA; ALVARO GAMBOA JR.; AMBER GAMBOA; SANDRA GAMBOA; and SCOTT GAMBOA, individually and as successors in interest to ALVARO GAMBOA SR., deceased;<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; YEN LIU; NATHAN BOTTEN; AND DOES 1-10, inclusive;<br><br>Defendants. | CASE NO.: 2:23-CV-02654-SVW-RAO<br><br>**JOINT REPORT RE STATUS OF CONDITIONAL SETTLEMENT OF ENTIRE CASE**<br><br>Action Filed: April 7, 2023<br>Trial Date: vacated |

TO THE HONORABLE COURT:

The parties, Plaintiffs, ABRAHAM GAMBOA, ALVARO GAMBOA JR., AMBER GAMBOA, SANDRA GAMBOA, and SCOTT GAMBOA and Defendants, COUNTY OF LOS ANGELES, YEN LIU, and NATHAN BOTTEN, by and through their counsel of record, provide this joint report as to the status of the conditional settlement of the entire matter which was reached on October 11,

2023. The proposed settlement has been approved by the Contract Cities Claims Board. The proposed settlement must still be approved by the County's Claims Board (CAR) and the County of Los Angeles Board of Supervisors. The matter is set to be heard by CAR on November 20, 2024. Defendants are still hoping to have the matter presented to and approved by the Board of Supervisors by December 16, 2024. The parties suggest that they file another Joint Report re the Status of Settlement on December 16, 2024 if a stipulated dismissal has not been filed by that time.

DATED: November 8, 2024     COLLINSON, DAEHNKE, INLOW & GRECO

By:     *Laura E. Inlow*
Laura E. Inlow Esq.
Lenore C. Kelly, Esq.
Attorneys for Defendants, COUNTY OF LOS ANGELES, YEN LIU, and NATHAN BOTTEN

DATED: November 8, 2024     LAW OFFICES OF DALE K. GALIPO

By:     *Shannon J. Leap*
Dale K. Galipo Esq.
Shannon J. Leap, Esq.
Attorney for Plaintiffs ABRAHAM GAMBOA, ALVARO GAMBOA JR., AMBER GAMBOA, SANDRA GAMBOA, and SCOTT GAMBOA