**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Shannon J. Leap, Esq. (SBN 339574)
sleap@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs*

COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, SBN 130584
Email: laura.inlow@cdiglaw.com
Lenore C. Kelly, SBN 170891
Email: lenore.kelly@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA 90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM GAMBOA; ALVARO GAMBOA JR.; AMBER GAMBOA; SANDRA GAMBOA; and SCOTT GAMBOA, individually and as successors in interest to ALVARO GAMBOA SR., deceased;<br><br>           Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; YEN LIU; NATHAN BOTTEN; AND DOES 1-10, inclusive;<br><br>           Defendants. | CASE NO.: 2:23-CV-02654-SVW-RAO<br><br>**JOINT REPORT RE STATUS OF CONDITIONAL SETTLEMENT OF ENTIRE CASE**<br><br>Action Filed:  April 7, 2023<br>Trial Date: vacated |

1                     Case No.: 2:23-CV-02654-SVW-RAO
JOINT STATUS REPORT REGARDING SETTLEMENT

1  Pursuant to this Court's Order (Doc. 48) that the parties submit a Joint
2  Status Report Regarding Settlement to advise the Court on the status of the
3  required approval, the parties submit the following:
4  WHEREAS, on October 13, 2023, the parties filed their Joint Report
5  regarding a Conditional Settlement and Stipulation to Vacate All Dates and
6  Deadlines (Doc. 43),
7  WHEREAS, the parties have submitted regular status reports to the Court
8  with updates on the progress of the status of approval of the settlement by the
9  relevant boards of approval, most recently on November 8, 2024 (Doc. 49),
10 wherein the Defendants indicated their belief that the settlement would be before
11 the relevant boards of approval by December 16, 2024;
12 WHEREAS, the boards of approval have approved the settlement;
13 WHEREAS, counsel for Defendants anticipates that the settlement funds
14 will be disbursed by the end of December 2024;
15 WHEREAS, Plaintiffs will file a Request for Dismissal of the Entire Case
16 within ten days of the receipt of the settlement funds;
17 ///
18
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

NOW and THEREFORE, the parties request that the Court issue an Order maintaining jurisdiction and requiring the parties to file a Joint Status Report re: Settlement within 60 days of the Court's Order to advise on the status if a Notice of Dismissal is not filed by January 31, 2025.

**Respectfully submitted,**

DATED: December 13, 2024    **LAW OFFICES OF DALE K. GALIPO**

　　　　　　　　　　　　　　　　/s/    Shannon J. Leap
　　　　　　　　　　　　　　　　Dale K. Galipo, Esp.
　　　　　　　　　　　　　　　　Shannon Leap, Esq.[1]
　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

DATED: December 16, 2023    COLLINSON, DAEHNKE, INLOW & GRECO

　　　　　　　　By:　　　　 /s/ *Laura E. Inlow*
　　　　　　　　　　　　　　　　Laura E. Inlow Esq.
　　　　　　　　　　　　　　　　Lenore Kelly, Esq.
　　　　　　　　　　　　　　　　Attorneys for Defendants, COUNTY OF LOS ANGELES, YEN LIU, and NATHAN BOTTEN

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.