**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
  *dalekgalipo@yahoo.com*
Shannon J. Leap (SBN 339574)
  *sleap@galipolaw.com*
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiffs*

COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, SBN 130584
Email: laura.inlow@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA 90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM GAMBOA; ALVARO GAMBOA JR.; AMBER GAMBOA; SANDRA GAMBOA; and SCOTT GAMBOA, individually and as successors in interest to ALVARO GAMBOA SR., deceased;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES; YEN LIU; NATHAN BOTTEN; AND DOES 1-10, inclusive;<br><br>Defendants. | Case No. 2:23-CV-02654-SVW-RAO<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>*[(Proposed) Order Filed Concurrently herewith.]* |

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED by and between Plaintiffs ABRAHAM GAMBOA; ALVARO GAMBOA JR.; AMBER GAMBOA; SANDRA GAMBOA; and SCOTT GAMBOA, individually and as successors in interest to ALVARO GAMBOA SR., deceased ("Plaintiffs") and Defendants COUNTY OF LOS ANGELES; YEN LIU; NATHAN BOTTEN; AND DOES 1-10, inclusive ("Defendants"), by and through their respective attorneys of record, that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

Dated: January 15, 2025          **LAW OFFICES OF DALE K. GALIPO**

By: ___/s/ Dale K. Galipo___
     Dale K. Galipo
     Shannon J. Leap[1]
     *Attorneys for Plaintiffs*

Dated: January 15, 2025          **COLLINSON, DAEHNKE, INLOW & GRECO**

By: ___/s/ Laura E. Inlow___
     Laura E. Inlow Esq.
     Attorneys for Defendants, COUNTY OF LOS ANGELES, YEN LIU, and NATHAN BOTTEN

---

[1] Statement of L.R. 5-4.3.4: As filer of this document attest that all signatories listed, and on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.