1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABRAHAM GAMBOA; ALVARO GAMBOA JR.; AMBER GAMBOA; SANDRA GAMBOA; and SCOTT GAMBOA, individually and as successors in interest to ALVARO GAMBOA SR., deceased;<br><br>　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES; YEN LIU; NATHAN BOTTEN; AND DOES 1-10, inclusive;<br><br>　　　　Defendants. | Case No. 2:23-CV-02654-SVW-RAO<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

1
STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      Pursuant to the stipulation by and between the parties, through their respective attorneys of record, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). All remaining dates and deadlines in the above-captioned action are hereby VACATED.

IT IS SO ORDERED.

DATED: _____          _____

                                      HON. STEPHEN V. WILSON
                                      UNITED STATES DISTRICT JUDGE